PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

JAN 23 2025 PM2:34
FILED - USDC - NDTX - AM

Benjamin L. Clubb #227662
Plaintiff's Name and ID Number

Lubbock County Detention Center
Place of Confinement

CASE NO. 2:25-cv-021-Z
(Clerk will assign the number)

v.

Terry County Jail
Defendant's Name and Address

Lubbock County Detention Center
Defendant's Name and Address

Dr. Riddick Lubbock Co. Jail
Defendant's Name and Address
( DO NOT USE "ET AL.")

INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

II. PLACE OF PRESENT CONFINEMENT: Terry Co. Jail / Lubbock County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Benjamin Lee Clubb So#227662
P.O Box 10535
Lubbock, TX. 79408-3535

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Terry County Jail   1311 Tahoka Rd. Brownfield, TX 79316

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of my 8th Amendment

Defendant #2: Lubbock County Detention Center
P.O. Box 10535 Lubbock, TX. 79408-3535

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of my 8th Amendment

Defendant #3: Dr. Riddick Lubbock Co. Detention Center - Medical
P.O Box 10535 Lubbock, TX. 79408-3535

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of my 8th Amendment

Defendant #4: Police Officer Justin Rey Martinez #312430

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
False imprisonment / No Real Probable Cause

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Honorable Judge; Im filing this on grounds of gross negligence on Terry County Jail, several violations of my 8th Amendment Rights from Lubbock County Detention Center + Dr. Riddick. Plus, for being false imprisoned due to being arrested without probable cause by Officer Justin Martinez (badge # 312430) of Lubbock City Police. As of this writing (January 18th 2025) I still have not even seen provider for medical treatment. Please bare with me as it is extremely hard to write.. both hands have

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Proper Medical Attention, Compensation for Pain and Suffering, Any/All criminal charges (filed and unfiled) dismissed.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Ben Clubb, Benjamin Lee Clubb

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 01765926     FBI # 949676EB1

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?                  ___YES ___NO

4

## STATEMENT of Claim

1.

broken fingers and broken bones. Allow me to explain...

On September 16th 2024, I was falsely arrested by Officer Justin Martinez of the Lubbock City Police Department (badge # 312430). Officer Martinez's supposable "probable cause" was that I was, eating an apple and threw the core on the ground. I was not causing any problems, or disturbances. Nor did I after being falsely detained. And there were no "call in's." I was singled out simply for having tattoo's. This led to me being locked up here in Lubbock County Detention Center for a simple Possession of a Controlled Substance. It is during this time spent in "LCDC" that I have been denied Medical Attention, in violation of my 8th Amendment Rights. If looked into the facts, you'll see that Medical Attention has been both denied AND delayed for several months. When booked in "LCDC" on September 16th 2024, I was seen by medical for Intake. This was when I told medical (the first time) that I had injuries to my hands and my right foot. Nothing was done. Then, I couldn't take the pain and put in Medical Request on October 27th 2024 because I was tired and hurting... Never even was I seen until then... 41-days later. At that time I was told by medical that I had been scheduled for

for X-ray's, but was never pulled out for them. Then... for no apparent reason, I was transferred to Terry County Jail (defendant #1) While in Terry Co. Jail, I placed several Medical Request and was finally taken to the freeworld clinic for X-rays... over 60-days from my initial "arrest". At this time, NOTHING was done for Treatment. Then... on NOVEMBER 15th 2024 I was in a physical altercation with another inmate which led to serious damage in both hand's. I was removed from the Pod where altercation occurred (B-3) and placed in a isolation cell with shower not working, toilet not working and would flood cell with foul liquid from Friday Nov. 15th '24 till Tuesday, November 19th 2024. The entire time I kept reporting my injuries to every officer that would do "round's." Finally, the L took me out of cell, and gave me (2) two plastic combs used for grooming hair, and some guaze and told me to, "wrap your hand's up." I never was able to see Medical. I was then placed back in isolation cell #9. At which I told every officer that made "security check's" about my hand's and the intense pain. Several officer's took pictures during their "security check's." Also... I placed several Medical Request's on the Homeway system (the communications system for Terry County Jail) All this time. I'm being laughed at, and mocked by officer's. So due to being denied proper Medical

V. Statement of Claim

2.

cont.) Attention. And due to the severity of my injuries and intense pain, I was forced to put in for Mental Health. My anxiety levels were extremely high due to pain and lack of sleep. So, on November 22nd '24, I was finally seen by someone from Mental Health, a week after the physical altercation. When the severity of my physical injuries plus the mental anguish I was experiencing was notified, THEN and ONLY THEN was I scheduled to see Mental Health Provider Con TV... A Mrs. Minnie from STARCARE).... After Mrs. Minnie witnessed my injuries and mental-state, she put me on meds for anxiety and nerve pain. I was taken to have X-Ray's for a SECOND time. The Doctor who scheduled my X-Ray's asked the Medical Nurse for Terry County Jail, "Why did you wait 10-days to notify me? Get him to X-Ray's A.S.A.P. And text me A.S.A.P." In which the Terry Co. Jail Nurse rolled her eye's at him. I was then finally taken for X-Ray's (the 2nd time) to the freeworld clinic in Brownfield, Tx. Placed back in isolation... NOTHING was done. A few days later I was placed in a pod with other inmate's. I waited a few days and couldn't take the pain, so I put in more requests on the Homeway-System. Which only got me transferred back to

Lubbock County Detention Center. Another deny and Delay "tactic." Blatant disregard for my 8th Amendment Rights. A second time. Transport Officer's were Notified and it was documented. Upon transfer a large supply of my Medications from StarCare Mental Health came with me. I was Processed in Lubbock County Detention Center, seen by Medical And AGAIN Denied Medical Attention. On top of all that, ALL my Medications came up "missing." I have do my best to be calm. I have made several Attempts to see the Doctor. I have All these attempts documented on the SmartCommunication's System I was told by medical that they didn't even know About my injuries. If so... then why have I been Prescribed (And charged for) Ibuprophen, two times daily And multiple visits... As of this writing, January 18th 2025. I still have Not even seen a Provider (Doctor). Honorable Judge: I Pray that you Please verify all my claims. I also ask for mercy And understanding in my Plight. I am in constant Pain. My fingers Are crooked And I cannot even grip with my left hand due to the tendon being torn. Nobody here is listening. I've filed Grievances to No Avail. And Medical Keeps delaying treatment.

cont →



## V. Statement of Claim

With that being said, I am seeking compensation and punitive damages in the amount of:

- $2.2 million to be divided as follow's;

    $1 million - Terry County Jail

    $1 million - Lubbock County Detention Center

    $100,000 - DR. Riddick (Lubbock County Detention Center)

    $100,000 - Officer Justin Martinez (Badge # 31240 LCPD)

- In addition, I would like ANY and/or ALL criminal charges dismissed (Filed charges and un-Filed, Pending...etc.) That way I can face my Parole violations as a man and not under so much stress.
- Also, I'd like to have ALL Medical issue's treated (to include any surgeries, Plus to recieve glasses, which I've been denied, Also.)

Honorable Judge, I apologize for taking up the Court's time. Yet, if/when you look into my claims, the Court will find that not only am I

validated, but also that this is a reoccurring problem that many inmates in the Lubbock County Detention Center are experiencing. And only a very, very few are attempting to shed light on.

I apologize for any difficulties in reading my handwriting... but I'm in alot of pain and being forced to write this out with not only broken bones and fingers, but also with a "2-in. pencil.

Thank you for your time in this matter. GOD bless you..

*Ben Clubb*

Benjamin. Lee Clubb #227662
P.O. Box 10535
Lubbock, TX.
79408-3535

 C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✓ NO

 D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _N/A_____

  2. Case number:_____

  3. Approximate date warning was issued:_____

Executed on: __January 14th 2025__
     DATE

__Benjamin Lee Clubb #227662__
__Ben Clubb__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14th__ day of __January__, 20__25__.
    (Day)     (month)    (year)

__Benjamin Lee Clubb 227662__
__Ben Clubb__
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

