IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BENJAMIN L. CLUBB,<br>Institutional ID No. 02561802,<br><br>Plaintiff,<br><br>v.<br><br>TERRY COUNTY JAIL, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§    No. 5:25-CV-014-BV<br>§<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

The Court entered an "Order of Partial Dismissal" in this case. In accordance with Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay and directs entry of a final judgment of dismissal as to the following:

(1) Claims for deliberate indifference to serious medical needs against LCDC staff, Dr. Chebib, and the Terry County nurse;

(2) Unconstitutional conditions of confinement at the Terry County Jail against all Defendants;

(3) False arrest and detention against Officer Martinez;

(4) Relief in the form of dismissal of criminal charges; and

(5) Claims for injunctive relief.

It is, therefore,

**ORDERED** that the foregoing claims are **DISMISSED with prejudice**, except for the injunctive relief claims, which are **DISMISSED without prejudice as moot**, and the false arrest and detention claims, which are **DISMISSED with prejudice** to their

being asserted again until *Heck*'s conditions are met. This is a final judgment with respect to the claims and Defendants listed herein.

The only claims remaining in this action are those for deliberate indifference against the Terry County Jail dayshift officers and lieutenant in their individual capacities for monetary damages.

**SO ORDERED** on February 17, 2026.

*Amy Burch*
AMANDA 'AMY' BURCH
UNITED STATES MAGISTRATE JUDGE